DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. BOX 6169
Novato, California 94948
(415) 898-1555

Attorneys for Petitioner PHYLLIS BOOK

FILED
OCT 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to Richard Book et al. vs. Abex Corporation, et al from the Northern District of California, Case No.92-2930-DLJ | ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF |

Petitioner's Motion for Order Substituting Successor-in-Interest for Deceased Plaintiff was reviewed by this Court, good cause appearing,

IT IS ORDERED that PHYLLIS BOOK, Successor-in-Interest to decedent RICHARD BOOK be substituted as plaintiff in the place and stead of decedent RICHARD BOOK.

Dated: 10/14/2007

James T. Giles
United States District Judge

K:\Injured\3242\ord sub SII (Federal MDL).wpd      1
ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF